| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** **FOR NOMINEE REPORTS** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)* |
| --- | --- | --- |

| 1. Person Reporting *(Last name, first, middle initial)* Selna, James V. | 2. Court or Organization District Court, Central District of California | 3. Date of Report May 1, 2005 |
| --- | --- | --- |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States District Judge, Active | 5. ReportType (check appropriate type) Nomination Date ___ Initial __X__ Annual ___ Final | 6. Reporting Period January 1, 2004 to December 31, 2004 |
| --- | --- | --- |
| 7. Chambers or Office Address Ronald Reagan Federal Building and US Courthouse 411 W. 4th Street Santa Ana, CA 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| [ ] NONE (No reportable positions.) | |
| 1 Trustee; Trustee | Trust No. 1; Trust 2 |
| 2 Custodian | Custodian Account 1 See continuation page. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| [ ] NONE (No reportable agreements.) | |
| 1 1978 | O'Melveny & Myers LLP Partnership Agreement, retirement benefit, no control. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| [ ] NONE (No reportable non-investment income.) | | |
| 3 2004 | O'Melveny & Myers LLP–retirement pension | $ 89,478 |
| 4 2004 | Selna Descendants Trust for the Benefit of James V. Selna–life income beneficiary of trust | $ 12,697 |

| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting Selna, James V. | Date of Report May 1, 2005 |
| --- | --- | --- |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
| --- | --- |

☐ **NONE** (No such reportable reimbursements.)

Association of Business Trial Lawyers    October 20-24, 2004 Kona, HI annual meeting (transportation, meals, lodging)

## V.  GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ **NONE** (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI.  LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE  CODE* |
|---|---|---|
| ☒ **NONE** (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000

1. Income/Gain Codes:  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 2  INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
Selna, James V.

Date of Report
May 1, 2005

## VII.  Page 1  *spouse*   pp.   --   transactions *(Includes those of*

NONE    (No reportable income,

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Real Property: | | | | | | | |
| 2 | Parcel 1, Cambria, CA | None | | M | W | | | |
| 3 | Parcel 2, Antelope Valley, CA | None | | K | W | | | |
| 4 | Parcel 3, San Bernardino, CA | None | | K | W | | | |
| | | | | | | | | |
| | Held in Account 1: | | | | | | | |
| 5 | AT& T Corp common | A | Div. | J | T | | | |
| | AT & T Wireless common | None | | | | Cash Merg. | 10-27 | J | A |

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Time Warner Inc | None | | K | T | | | | | |
| 6  Boeing Co. common | A | Div. | L | T | | | | | |
| Comcast Corp. class A common | None | | J | T | | | | | |
| 7  Corning common | None | | J | T | | | | | |
| General Electric common | C | Div. | M | T | | | | | |
| 8  JDS Uniphase common | None | | J | T | | | | | |
| 9  Este Lauder Co. common | A | Div. | J | T | | | | | |
| 10  Liberty Media B common | None | | J | T | Spin Off Liberty Media Int'l | 6-1 | J | A | |
| Liberty Media Int'l Cl. A | None | | J | T | Spin from Liberty Media Cl. A | 6-1 | J | | |
| Limited Brands common | A | Div. | K | T | | | | | |
| 11  McKesson Corp. common | A | Div. | K | L | | | | | |
| 12  Microsoft common | D | Div. | M | T | | | | | |
| Motorola common | A | Div | K | T | Spin Off Freescale Semi. Cl. B | 12-2 | J | A | |
| Freescale Semiconductor Cl. B | None | | J | T | Spin from Motorola | 12-2 | J | | |
| 13  Newell Rubbermaid common | A | Div. | K | T | | | | | |
| 14  Office Depot common | None | | J | T | | | | | |
| 15  Pepsico Inc. common | A | Div. | J | T | | | | | |
| SBC Communications | B | Div. | K | T | | | | | |

1. Income/Gain Codes: (See Col. B1, D4)  A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3)  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: (See Col. C2)  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

## VII. Page 4  INVESTMENTS and TRUSTS – income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Tyson Foods Inc. common | A | Div. | K | T | | | | | |
| Walmart common | A | Div. | L | T | | | | | |
| Watson Pharmeceuticals common | None | | K | T | | | | | |
| Washington Mutual common | D | Div. | M | T | | | | | |
| Xcel Energy Inc. common | B | Div. | L | T | | | | | |
| Charles Schwab Muni Money Fund | A | Div. | K | T | | | | | |
| Bellsouth Corp. common | B | Div. | L | T | | | | | |
| Albertsons Inc. common | B | Div. | K | T | | | | | |
| Bed Bath & Beyond common | None | | K | T | Buy | 2-27 | K | | |
| Southwest Airlines common | A | Div. | K | T | Buy | 3-3 | K | | |
| Held in Account 2: | | | | | | | | | |
| Northern Trust Municipal Money Market Fund | B | Int. | N | T | – | | | | |
| Held in Account 3: | | | | | | | | | |
| AOL Time Warner | None | | J | T | | | | | |
| Sun Microsystems common | None | | J | T | | | | | |
| Charles Schwab Money Market | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII.  Page 5  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | |
| Intel Corp. common | A | Div. | J | T | Buy | 8-25 | J |
| | | | | | | | |
| **Held in Account 4:** | | | | | | | |
| 24 Citigroup common | A | Div. | J | T | | | |
| 25 Duke Energy common | A | Div. | J | T | | | |
| 26 Montana Power Capital | None | | J | T | | | |
| 53 Schwab S & P 500 Investors Funds | A | Div. | J | T | | | |
| 54 | A | Div. | J | T | | | |
| **Held in Account 5:** | | | | | | | |
| 56 AT & T Corp. common | A | Div. | J | T | | | |
| 57 AT & T Wireless common | None | | | | Cash out Merger | 10-27 | J  A |
| Comcast Corp. common | None | | K | T | | | |
| 59 Albertsons common | B | Div. | L | T | | | |
| Time Warner Inc. | None | | J | T | | | |
| 61 Baker Hughes Inc. common | A | Div. | K | T | | | |
| Boeing Co. common | B | Div. | L | T | | | |
| 66 CSX Corp. common | A | Div | K | T | | | |

## VII.  Page 6  INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

**NONE**  (No reportable income, assets, or transactions)

| Asset | Income | Type | Value | Type | Transaction | Date | | |
|---|---|---|---|---|---|---|---|---|
| 69  Cisco Systems common | None | | K | T | | | | |
| | | | | | Add Buy | 3-9 | K | |
| Conagra Foods common | C | Div. | L | T | | | | |
| Coupon Treas Rcpt 02/15/08 | None | | L | T | | | | |
| Coupon Treas Rcpt 05/15/02 | None | | L | T | | | | |
| GNMA PL #422670 | A | Interest | J | T | | | | |
| | A | Principal | | | | | | |
| Dell Computer common | None | | K | T | | | | |
| Delphi Corp. common | B | Div. | L | T | | | | |
| Edison International common | None | | | | Sell | 8-31 | J | A |
| Ets. Delhaize ADRs | A | Div. | | | Sell | 11-18 | J | A |
| Fluor Corp. common | A | Div. | K | T | | | | |
| Ford Motor Co. common | A | Div. | K | T | | | | |
| Hewlett-Packard common | A | Div. | J | T | | | | |
| Jones Apparel Group | A | Div. | J | T | | | | |
| Liberty Media Cl. A common | None | | J | T | Spin off LBTYA | 6-7 | J | A |
| Liberty Media Intl'l Cl. A | None | | J | T | | 6-7 | J | |
| Lucent Technology common | None | | J | T | | | | |

# VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

☐ **NONE** (No reportable income, assets, or transactions)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mattel Inc. common | A | Div. | J | T | | | |
| Manitowoc common | A | Div. | K | T | | | |
| Micron Technology common | None | | J | T | | | |
| Microsoft common | D | Div. | M | T | | | |
| Motorola common | A | Div. | K | T | | 12-2 | J | A |
| Freescale Semi. Class B | None | | J | T | | 12-2 | J | |
| Office Depot common | None | | K | T | | | | |
| Oracle common | None | | M | T | | | | |
| PG & E Corp | None | | | | Sell | 8-31 | J | A |
| Rockwell Collins common | A | Div. | K | T | | | | |
| SBC Communication common | B | Div. | K | T | | | | |
| Sempra Energy common | A | Div. | K | T | | | | |
| Seagate Technology | A | | J | T | | | | |
| Sun Microsystems common | None | | K | T | | | | |
| Thermo Electron common | None | | J | T | | | | |
| Tyson Foods Inc. Common | A | Div. | J | T | | | | |
| United States Steel common | A | Div. | M | T | | | | |
| Veritas Software common | None | | J | T | | | | |

## VII.  Page 8  INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

| NONE (No reportable income, assets, or transactions) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Viacom Class B common | A | Div. | L | T | | | | |
| | | | | | Add Buy | 2-27 | K | |
| Waste Management common | B | Div. | K | T | | | | |
| Xcel Energy, Inc.  Common | A | Div. | J | T | | | | |
| Charles Schwab Money Market Fund | A | Div. | L | T | | | | |
| Washington Mutual common | B. | Div. | K | T | | | | |
| Southwest Airlines common | A | Div. | K | T | Buy | 3-30 | K | |
| | | | | | | | | |
| Held in Account 7: | | | | | | | | |
| Charles Schwab Money Market Fund | A | Div. | J | T | | | | |
| IBM common | A | Div. | J | T | | | | |
| Invision common | None | | J | T | Cash Merger | 12-7 | J | A |
| Sun Microsystems common | None | | J | T | | | | |
| | | | | | | | | |
| Held as Custodian: | | | | | | | | |
| Toys R Us Inc | None | | | | Transfer to Beneficiary | 10-11 | | A |
| Xcel Energy Inc. common | B | Div. | K | T | Bene ciary | 10-11 | J | A |
| Charles Schwab Money Market Fund | A | Div. | | | Transfer to Beneficiary | 10-11 | | A |

of Person Reporting

Selna, James V.

Date of Report

May 1, 2005

## VII.  Page 9  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children.  See pp. 34-57 of Instructions.)*

☐ **NONE**  (No reportable income, assets, or transactions)

| Trust No. 1: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BankAmerica bond 10/15/11 | A | Int. | J | T | | | | |
| Southern California Edison bond 7/15/25 | A | Int. | | | Redeem | 1/26 | J | A |
| Southern California Edison bond 3/1/26 | A | Int. | | | Redeem | 1/26 | J | A |
| AmerisourceBergen Corp.  common | A | Div. | | | Sale | 8/31 | J | A |
| BRE Properties Inc. Cl. A | A | Cap. Distr. | K | T | | | | |
| Entergy Corp. common | A | Div. | K | T | | | | |
| Insmed Inc. common | None | | K | T | | | | |
| National Grid Transco common | A | Div. | J | T | | | | |
| Nicor Inc. common | B | Div. | K | T | | | | |
| Sempra Energy common | A | Div. | J | T | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | |
| Urstadt Biddle Properties | A | Div | J | T | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | |
| WEC Capital Trust I 13/31/39 | A | Int. | | | Redeem | 3-26 | J | B |
| Charles Schwab Money Market Fund | A | Div. | K | T | | | | |
| Antelope Valley, CA Parcels (half interest) | None | | K | W | | | | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Washington Mutual common | B | Div. | K | T | | | | | |
| | | | | | | | | | |
| Trust No. 2: | | | | | | | | | |
| Schwab Value Advantage Fund | A | Div | L | T | | | | | |
| BankAmerica bond 10/15/11 | A | Div. | J | T | | | | | |
| Ford Motor Credit note 1/25/07 | B | Int. | K | T | | | | | |
| Southern California Edison bond 7/15/25 | A | Int. | | | Redeem | 1-26 | J | A | |
| Southern California Edison bond 3/1/26 | A | Int. | | | Redeem | 1-26 | J | A | |
| Los Angeles, CA bond 3/1/15 | B | Int. | K | T | | | | | |
| GNMA PL #569964 | A | Int. | J | T | | | | | |
| | D | Principal | | | | | | | |
| AmerisourceBergen Corp. common | A | Div. | | | Sale | 8-31 | J | A | |
| Entergy Corp. common | A | Div. | K | T | | | | | |
| National Grid Transco common | A | Div. | J | T | | | | | |
| Nicor Inc. common | B | Div. | L | T | | | | | |
| | | | | | Add Buy | 12-27 | K | | |
| Sempra Energy common | A | Div. | J | T | | | | | |
| Xcel Energy Inc. common | A | Div. | J | T | | | | | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| BRE Properties Inc | A | Div./ Cap. Distr. | K | T | | | | | |
| Urstadt Biddle Properties | A | Div. | J | T | | | | | |
| Urstadt Biddle Class A | A | Div. | J | T | | | | | |
| WEC Capital Trust I 3/31/39 | A | Int. | | | Redeem | 3-26 | J | B | |
| Charles Schwab Money Market Fund | A | Div. | L | T | | | | | |
| Antelope Valley Parcels | None | | K | W | | | | | |
| Washington Mutual common | B | Div. | K | T | | | | | |
| BellSouth Corp. common | B | Div. | L | T | | | | | |
| O & M Investment Partners: | | | | | | | | | |
| O & M Investment Partners/Lesser/Moore | B | Distr. | J | U | | | | | |
| O & M Investment Partners/McCown de Lueew | B | Distr. | J | U | | | | | |
| O & M Investment Partner/Playa Vista | None | | J | U | - | | | | |
| O & M Investment Partners/Playa Vista II | None | | J | U | | | | | |
| O & M Investment Partners/Post Street | None | | J | U | | | | | |
| O & M Investment Partners/PWT 1990 Rancho San Diego | E | Distr./ Sale Proceeds | | | Sale | 6-1 | K | E | Pacific Rancho San Diego LP |
| O & M Investment Partners/TCW Placements Fund III | B | Distr. | J | U | | | | | |
| O & M Investment Partners/Wedbush Capital | A | Distr. | J | U | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| &. Investment Partners/Windon | C | Distr. | | | Sale | 12-1 | K | A | Windon Capital |
| | | | | | | | | | |
| Bank Accounts: | | | | | | | | | |
| Washington Mutual | A | Int. | J | T | | | | | |
| Bank of America | A | Int. | J | T | | | | | |
| Northern Trust | B | | | T | Redeemed | 6-1 | M | A | |
| Beal Bank, Acct. 1 | A | Int. | M | T | CD purchase | 8-24 | M | | |
| Beal Bank, Acct. 2 | A | Int. | M | T | CD purchase | 10-8 | M | | |
| First Republic Bank, Acct. 1 | A | Int. | M | T | CD purchase | 7-1 | M | | |
| First Republic Bank, Acct. 2 | A | Int. | M | T | CD purchase | 11-2 | M | | |
| | | | | | | | | | |
| 70 | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | James V. Se na | May 1, 2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

See attached.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spo se and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 ........ U.S.C. § 7353 ...... udicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWI................SIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CIVIL AND CRIMINAL SA.....................04.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

<u>Listing of Entries Not Carried Forward from May 5, 2004 Form AO-10</u>

The following sets forth each entry in the May 5, 2004 2003 Form AO-10 not carried forward (other than sales which are self-explanatory) and the reason therefor.

| Section of December 31, 2003 Report | Description of Position/Investment | Reason for Deletion |
|---|---|---|
| **Section I** | | |
| Addendum | Trustee, Orange County Public Law Library | Resigned Apr. 17, 2003 |
| | | |
| **Section II** | | |
| Line 2 | CALPERS–Judicial Retirement System; pension upon retirement at age 73. | Resigned April 30, 2003–no longer participant. |
| | | |
| **Section III** | | |
| Line 1 | State of California–Judicial Salary | Resigned Apr. 30, 2003. |
| Line 2 | County of Orange State of California–Judicial Salary | Resigned Apr. 30, 2003. |
| | | |
| **Section VII, Account 5** | | |
| Page 4 | Bethlehem Steel Corp. common        - | Below reporting level. |
| | | |
| **Section VII, Trust 1** | | |
| Page 9 | Velocityhsi Inc. common | Below reporting level. |
| | | |
| **Section VII, Trust 2** | | |

| Page 10 | Federal Home Loan Bank 1/30/08 | This bond was redeemed in 2002, but was reported on my initial disclosure because I received income. The initial disclosure did not require disclosure of the details of the redemption. It was carried forward to the annual 2003 Report in error. |
|---|---|---|
| | Velocityhsi Inc. common | Below reporting level. |
| Page 11 | Northern Trust CD | This CD was redeemed in 2002, but was reported on my initial disclosure because I received income. The initial disclosure did not require disclosure of the details of the redemption. It was carried forward to the annual 2003 Report in error. |
| | | |